No. 58,519

In the Matter of the Petition of CHRISTOPHER P. CHRISTIAN
for Reinstatement.

(810 P.2d 276)

On the 6th day of December, 1985, Christopher P. Christian
was indefinitely suspended from the practice of law in Kansas.
*In re Christian*, 238 Kan. 451, 709 P.2d 987 (1985).

On the 19th day of April, 1989, Mr. Christian filed a petition
with this court for reinstatement to the practice of law in Kansas.
The petition was referred to the disciplinary administrator for
consideration by the Kansas Board for Discipline of Attorneys
pursuant to Supreme Court Rule 219 (1990 Kan. Ct. R. Annot.
157). On October 1, 1990, a hearing was held before a panel of
the Board.

On January 4, 1991, the panel filed its report, setting out the
circumstances leading to Mr. Christian's suspension, a summary
of the evidence presented, and the panel's findings and recom-
mendations. The panel unanimously recommended that Mr.
Christian be reinstated to the practice of law in Kansas. The
panel's recommendation is subject to petitioner's taking and pass-
ing the Multi-State Professional Responsibility Examination and
upon his continuing therapy with Dr. Stephen Sowards until
released by Dr. Sowards.

The court, after carefully considering the record, accepts the
recommendations of the panel.

IT IS THEREFORE ORDERED that Christopher P. Christian be
reinstated to the practice of law in the State of Kansas upon his
succesful completion of the Multi-State Professional Responsibility
Examination. Upon the report to the Clerk of the Appellate
Courts that petitioner has successfully taken and passed the Multi-
State Professional Responsibility Examination, and consideration
thereof by the court, an order shall be entered reinstating pe-
titioner to the practice of law in Kansas, conditioned upon his
continued therapy as directed by Dr. Stephen Sowards.

IT IS FURTHER ORDERED that this order shall be published in
the official Kansas Reports.

Effective this 12th day of April, 1991.